# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA  DIVISION

SIDNEY MARTS

        vs                            Case No. 3:08cv548/MCR/EMT

BRIDGETTE JENSEN, et al.

_____

# ORDER

Plaintiff's **AMENDED COMPLAINT (received by the clerk of the court on January 7, 2009)**, was referred to the undersigned with the following deficiency:

> Plaintiff has already amended the complaint once; therefore Plaintiff may amend the complaint only by  leave of court.  *See* Fed. R. Civ. P. 15(a).  Accordingly, Plaintiff must file a motion for leave of court to amend the complaint.  The amended pleading, in its entirety, shall accompany the motion.  *See* N.D. Fla. Loc. R. 15.1.

For this reason, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiency is corrected.

**DONE AND ORDERED** this 14th day of January 2009.


                    /s/ Elizabeth M. Timothy
                    **ELIZABETH M. TIMOTHY**
                    **UNITED STATES MAGISTRATE JUDGE**