IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                                      Case No.:  3:08cv548/MCR/EMT

BRIDGETTE JENSEN, et al.,
     Defendants.
_____/

**REPORT AND RECOMMENDATION**

       This matter is before the court on Plaintiff's notice of voluntary dismissal of the instant civil rights case, filed pursuant to 42 U.S.C. § 1983, without prejudice (Doc. 8).

       Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

       Accordingly, it is respectfully **RECOMMENDED**:

       That Plaintiff's notice of voluntary dismissal (Doc. 8) be **GRANTED** and this case be **DISMISSED without prejudice**.

       At Pensacola, Florida, this 28th day of January 2009.

                                  /s/ *Elizabeth M. Timothy*
                                  **ELIZABETH M. TIMOTHY**
                                  **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).